STATE OF NEW JERSEY v. TIMOTHY MCCRAY.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE JONES.

December 19, 1988.

Petition for certification denied.

IN THE MATTER OF THE ASSOCIATION OF TRIAL LAWYERS
OF AMERICA, NEW JERSEY AND CHAPTER 197 OF
THE LAWS OF 1987.

December 19, 1988.

Petition for certification denied. (See 228 *N.J.Super.* 180)

THERESA M. SCHIFF v. LEVINE, STALLER, SKLAR, CHAN &
BRODSKY, ETC., ET AL.

December 19, 1988.

Petition for certification denied.